[Nos. 28477-1-I; 28478-9-I.   Division One.   October 4, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. BARRY LEE KRANTZ, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 90-1-05224-5, Mary Wicks Brucker, J., entered June 12, 1991. *Remanded with instructions* by unpublished opinion per Webster, C.J., concurred in by Coleman and Baker, JJ.

[No. 14353-4-II.   Division Two.   October 4, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFTON J. BRICENO, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 90-1-00277-2, James D. Ladley, J., entered October 10, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Petrich, J. Pro Tem.

[No. 14743-2-II.   Division Two.   October 4, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES WESLEY WYNN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 90-1-00377-6, Alan R. Hallowell, J., entered January 17, 1991. *Affirmed in part* and *remanded* by unpublished opinion per Alexander, C.J., concurred in by Morgan, J., and Green, J. Pro Tem.

[No. 16231-8-II.   Division Two.   October 4, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 86-1-00277-2, William J. Kamps, J., entered June 16, 1992. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Seinfeld, J.